Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

Christopher J. Cox (*pro hac vice*)
Tej Singh (*pro hac vice*)
HOGAN LOVELLS
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com
tej.singh@hoganlovells.com

Helen Y. Trac (*pro hac vice*)
HOGAN LOVELLS
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: 415.374.2300
Facsimile: 415.374.2499
helen.trac@hoganlovells.com

*Attorneys for Defendants*
RUAG Ammotec GmbH, RUAG Hungarian
Ammotec, Inc., and RUAG Holding AG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHON FIREARMS, INC., a domestic corporation, | Case No.: 2:20-cv-00227-GMN-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF TIME** |
| RUAG AMMOTEC GMBH, a foreign company; RUAG HUNGARIAN AMMOTEC, INC., a foreign company; RUAG AMMOTEC USA, INC., a foreign company; RUAG SCHWEIZ AG, a foreign company; RUAG HOLDING AG, a foreign company; RUAG AMMOTEC MAGYARORSZAGI ZRT., a foreign company; ARSENAL FIREARMS LTD., a foreign company; AF PRO TECH GROUP KFT, a foreign company; ARSENAL FIREARMS USA, LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | **(First Request)** |
| Defendant(s). | |

Plaintiff Archon Firearms, Inc. ("Plaintiff") and Defendants RUAG Ammotec GmbH, RUAG Hungarian Ammotec, Inc., and RUAG Holding AG (collectively, "RUAG" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby jointly request and agree as follows:

1.  RUAG Ammotech GmbH filed a Motion to Dismiss or Stay the Action and Compel Arbitration, or in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) on February 13, 2020 [ECF Nos. 7] ("Motion to Dismiss").

2.  RUAG Ammotech GmbH filed a Motion to Dismiss or Stay the Action and Compel Arbitration, or in the Alternative, Motion to Dismiss the Complaint for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) on February 13, 2020 [ECF Nos. 8] ("Motion to Compel Arbitration").

3.  RUAG Hungarian Ammotec, Inc., and RUAG Holding AG filed a Motion to Dismiss for Lack of Personal Jurisdiction on February 13, 2020 [ECF No. 10] ("Personal Jurisdiction Motion to Dismiss" and collectively with the Motion to Dismiss and Motion to Compel, the "Motions").

4.  On March 5, 2020, Plaintiff filed a First Amended Complaint [ECF no. 39].

5.  Plaintiff filed an Opposition to the Motion to Dismiss [7] and Motion to Compel Arbitration [8] [ECF No. 40] on March 5, 2020.

6.  Plaintiff also filed an Opposition to the Personal Jurisdiction Motion to Dismiss [ECF No. 41] on March 5, 2020 ("Plaintiff's Opposition").

7.  Due to technical difficulties, Plaintiff was unable to file the exhibits referenced in Plaintiff's Opposition and the declaration attached thereto (the "Exhibits"), on March 5, 2020.

8.  Plaintiff informally provided RUAG the Exhibits in support of Plaintiff's on March 6, 2020 via email.

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

9. Plaintiff represents that it will file the updated version of Plaintiff's Opposition reflecting citation to those Exhibits[1] and the Exhibits no later than close of business Thursday, March 12, 2020.

10. RUAG will not object to Plaintiff's filing the updated version of Plaintiff's Opposition and the Exhibits under those conditions..

11. RUAG's Replies in Support of the Motions are currently due March 12, 2020.

12. In light of Plaintiff's filing a First Amended Complaint, Plaintiff and RUAG Ammotech GmbH agree that the Motion to Dismiss [ECF No. 7] and Motion to Compel Arbitration [ECF No. 8] will be withdrawn ***without prejudice***.

13. Plaintiff and RUAG Ammotech GmbH agree that RUAG Ammotech GmbH may have until March 23, 2020 to respond to the First Amended Complaint.

14. Further, Plaintiff and RUAG agree that RUAG's Reply in Support of the Personal Jurisdiction Motion to Dismiss will be extended to Monday, March 16, 2020.

15. This modest extension for filing the Reply – from Thursday, March 12, 2020 to Monday, March 16, 2020 – is needed to allow RUAG Hungarian Ammotec, Inc., and RUAG Holding AG to fully prepare its Reply, particularly in light of the slight delay in receiving exhibits. Likewise, the modest extension for responding to the Amended Complaint – from Thursday, March 19, 2020 to Monday, March 23, 2020 is needed and appropriate as RUAG has agreed to withdraw two of the complex Motions it filed in response to the original Complaint and requires additional time to evaluate and prepare a new response to the First Amended Complaint.

16. Nothing in this Joint Motion, including RUAG's withdrawal of the Motion to Dismiss and Motion to Compel Arbitration, is intended to waive the parties' claims or defenses.

17. This request is sought in good faith and is not made for the purpose of delay.

---

[1] In other words, the Opposition will be the same in all respects, except that it will include citations to the as-filed Exhibits.

DATED:  March 12, 2020                          DATED:  March 12, 2020

LAW OFFICE OF HAYES & WELSH           SNELL & WILMER L.L.P.


By: */s/ Larson A. Welsh*                          By: */s/ Kelly H. Dove*
   Larson A. Welsh, Esq.                              Kelly H. Dove, Esq.
   Nevada Bar No. 12517                               Nevada Bar No. 10569
   199 N. Arroyo Grande Blvd., Suite 200              3883 Howard Hughes Parkway, Suite
   Henderson, Nevada 89074                            1100
                                                      Las Vegas, Nevada 89169
   Jeffrey A. DiLazzero, Esq.
   975 Bridgeton Pike, Suites A & D                   Christopher J. Cox (*pro hac vice*)
   Sewell, NJ 08080                                   Tej Singh (*pro hac vice*)
                                                      4085 Campbell Avenue, Suite 100
   *Attorneys for Plaintiff Archon Firearms,*         Menlo Park, CA  94025
   *Inc.*                                             Telephone:        (650) 463-4000
                                                      Facsimile:(650) 463-4199
                                                      chris.cox@hoganlovells.com
                                                      tej.singh@hoganlovells.com

                                                      Helen Y. Trac (*pro hac vice*)
                                                      3 Embarcadero Center, 15th Floor
                                                      San Francisco, California  94111
                                                      Telephone:        415.374.2300
                                                      Facsimile:415.374.2499
                                                      helen.trac@hoganlovells.com

                                                      *Attorneys for Defendants*
                                                      *RUAG Ammotec GmbH, RUAG*
                                                      *Hungarian Ammotec, Inc., and RUAG*
                                                      *Holding AG*

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the above Joint Motion for Extension of Time, (ECF No. 44), is **GRANTED**.

**IT IS FURTHER ORDERED** that the RUAG Ammotec GMBH's Motion to Dismiss, (ECF No. 7), and Motion to Compel Arbitration, (ECF No. 8), are **WITHDRAWN without prejudice**.

**IT IS FURTHER ORDERED** that RUAG Ammotech GmbH shall have until March 23, 2020, to respond to the First Amended Complaint.

**IT IS FURTHER ORDERED** that RUAG Holding AG and RUAG Hungarian Ammotec, Inc. shall have until March 16, 2020, to reply in support of their Motion to Dismiss, (ECF No. 10).

**DATED** this __16__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☒ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

Jeffrey A. Dilazzero, Esq.
975 Bridgeton Pike, Suites A & D
Sewell, NJ 08080
*Attorneys for Plaintiff Archon Firearms,*
*Inc.*

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by              , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 12th day of March, 2020.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4849-8011-3847.1