Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
kdove@swlaw.com

Christopher J. Cox (*pro hac vice*)
Tej Singh (*pro hac vice*)
HOGAN LOVELLS
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:      (650) 463-4000
Facsimile:      (650) 463-4199
chris.cox@hoganlovells.com
tej.singh@hoganlovells.com

Helen Y. Trac (*pro hac vice*)
HOGAN LOVELLS
3 Embarcadero Center, 15th Floor
San Francisco, California  94111
Telephone:      415.374.2300
Facsimile:      415.374.2499
helen.trac@hoganlovells.com

*Attorneys for Defendants*
RUAG Ammotec GmbH, RUAG Hungarian
Ammotec, Inc., RUAG Holding AG, and RUAG
Ammotec USA, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHON FIREARMS, INC., a domestic corporation, <br><br> Plaintiff, <br><br> v. <br><br> RUAG AMMOTEC GMBH, a foreign company; RUAG HUNGARIAN AMMOTEC, INC., a foreign company; RUAG AMMOTEC USA, INC., a foreign company; RUAG SCHWEIZ AG, a foreign company; RUAG HOLDING AG, a foreign company; RUAG AMMOTEC MAGYARORSZAGI ZRT., a foreign company; ARSENAL FIREARMS LTD., a foreign company; AF PRO TECH GROUP KFT, a foreign company;  ARSENAL FIREARMS USA, LLC; DOE INDIVIDUALS I-X; and  ROE CORPORATIONS I-X, inclusive, <br><br> Defendant(s). | Case No.:     2:20-cv-00227-GMN-NJK <br><br><br> **STIPULATION AND ORDER FOR EXTENSION TO FILE REPLY IN SUPPORT OF RUAG-USA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br><br> **(FIRST REQUEST)** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Plaintiff Archon Firearms, Inc. ("Plaintiff"); Defendants/Cross-Claimants Arsenal Firearms Ltd., AF Pro Tech Group KFT and Arsenal Firearms, USA, LLC (collectively, "Arsenal"); and Defendant RUAG Ammotec USA, Inc. ("RUAG-USA") (collectively with Plaintiff and Arsenal, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend RUAG-USA's deadline to file its reply in support of Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 65] (the "Motion") to May 7, 2020, for the following reasons:

1.    RUAG-USA filed the Motion on April 9, 2020 [ECF No. 65].

2.    Plaintiff and Arsenal filed responses to the Motion on April 23, 2020 [ECF Nos. 73, 74].

3.    RUAG-USA's reply in support of the Motion is currently due April 30, 2020.

4.    RUAG-USA requires modest additional time to obtain an executed declaration in support of the reply from RUAG-USA's former CEO.

5.    On April 30, 2020, the Parties agreed to the extension requested herein.

6.    This extension request is sought in good faith and is not made for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///

1    Therefore, the Parties respectfully request an extension for RUAG-USA to file a reply in

2  support of the Motion to and including May 7, 2020.

3    DATED:  April 30, 2020                      DATED:  April 30, 2020

4      JEFFREY A. DILAZZERO                    SNELL & WILMER L.L.P.

5  By: */s/ Jeffrey A. DiLazzero*
     Jeffrey A. DiLazzero, Esq.            By: */s/ Kelly H. Dove*
6    *(admitted pro hac vice)*                Kelly H. Dove, Esq.
     975 Bridgeton Pike, Suites A & D        Nevada Bar No. 10569
7    Sewell, NJ 08080                        3883 Howard Hughes Parkway, Suite
                                             1100
8    Larson A. Welsh, Esq.                   Las Vegas, Nevada 89169
     Nevada Bar No. 12517
9    Law Office of Hayes & Welsh            Christopher J. Cox (*pro hac vice*)
     199 N. Arroyo Grande Blvd., Suite 200  Tej Singh (*pro hac vice*)
10   Henderson, Nevada 89074                4085 Campbell Avenue, Suite 100
                                            Menlo Park, CA  94025
11   *Attorneys for Plaintiff Archon Firearms,*  Telephone:       (650) 463-4000
     *Inc.*                                 Facsimile:(650) 463-4199
12                                          chris.cox@hoganlovells.com
     DATED:  April 30, 2020                 tej.singh@hoganlovells.com
13
       SEMENZA KIRCHER RICKARD             Helen Y. Trac (*pro hac vice*)
14                                          3 Embarcadero Center, 15th Floor
   By: */s/ Christopher D. Kircher*         San Francisco, California  94111
15   Lawrence J. Semenza, III, Esq.         Telephone:       415.374.2300
     Nevada Bar No. 7174                    Facsimile:415.374.2499
16   Christopher D. Kircher, Esq.           helen.trac@hoganlovells.com
     Nevada Bar No. 11176
17   Jarrod L. Rickard, Esq.                *Attorneys for Defendants*
     Nevada Bar No. 10203                   *RUAG Ammotec USA, Inc.*
18   Shannon R. Borden, Esq.
     Nevada Bar No. 15180
19   10161 Park Run Dr., Suite 150
     Las Vegas, Nevada 89145
20
21   *Attorneys for Defendants/Cross-Claimants*
     *Arsenal Firearms Ltd., AF Pro Tech*
22   *Group KFT and Arsenal Firearms, USA,*
     *LLC*

23
                                    **ORDER**
24
25       **IT IS ORDERED** that RUAG-USA shall file a reply in support of the Motion on or before

26  May 7, 2020.

       DATED this _30_ day of April, 2020.
27
28
                                    _____
                                    Gloria M. Navarro, District Judge
                                    UNITED STATES DISTRICT COURT

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION TO FILE REPLY IN SUPPORT OF RUAG-USA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** by method indicated below:

☐   **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐   **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐   **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐   **BY PERSONAL DELIVERY:**  by causing personal delivery by                    , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☐   **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☒   **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 30th day of April, 2020.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4821-1817-6187

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200